DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Counsel Designated for Service
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANDRE DONIEL ARMSTRONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S 03-170 JAM |
| Plaintiff, | **ORDER REDUCING SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | **RETROACTIVE CRACK COCAINE REDUCTION CASE** |
| ANDRE DONIEL ARMSTRONG, | |
| Defendant. | |

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

On September 17, 2004, this Court sentenced Mr. Armstrong to a term of imprisonment of 105 months. The parties agree, and the Court finds, that Mr. Armstrong is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense level from 29 to 27.

IT IS HEREBY ORDERED that the term of imprisonment originally imposed, which counts were ordered to run concurrent pursuant to USSG 5G1.3(b)(1) and (2), is reduced to an aggregate term of 84 months on all counts;

IT IS FURTHER ORDERED that all other terms and provisions of the

original judgment remain in effect.

    Unless otherwise ordered, Mr. Armstrong shall report to the United States Probation office closest to the release destination within seventy-two hours after his release.

Dated:  May 6, 2008

                                              /s/ John A. Mendez
                                              Honorable JOHN A. MENDEZ
                                              United States District Judge

ORDER REDUCING SENTENCE

-2-