# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ANDRE DONIEL ARMSTRONG ) | Case No: 2:03CR170 01 |
| ) | USM No: 14632-097 |
| Date of Previous Judgment: 09/17/2004 ) | DAVID M. PORTER, AFD |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   X  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  105  months **is reduced to**  84 MONTHS  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:  29            Amended Offense Level:  27
Criminal History Category:  IV         Criminal History Category:  IV
Previous Guideline Range:  121 to 151 months   Amended Guideline Range:  100 to 125 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
X The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated  09/17/2004  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  05/07/2008                              /s/ John A. Mendez
                                                     Judge's signature

Effective Date: _____                       JOHN A. MENDEZ, U.S. DISTRICT JUDGE
(if different from order date)                       Printed name and title