Tim Warriner (SB#166128)
Attorney at Law
660 J St., Suite 390
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Andre Armstrong

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDRE ARMSTRONG,<br><br>    Defendant | Case No. 03-cr-00170 JAM<br><br>STIPULATION AND ORDER CONTINUING APPEARANCE RE TSR VIOLATION |

This matter is scheduled on July 12, 2011 for an initial appearance concerning a term of supervised release violation. Defense counsel is currently in a jury trial in *People* v. *Ramirez*, No. 09F04168, Sacramento Superior Court, and is scheduled to examine expert witnesses on July 12, 2011.

Both parties stipulate and agree that the hearing now scheduled for July 12, 2011, be continued to August 23, 2011 at 9:30 a.m.

DATED: July 11, 2011                  /s/ Richard Bender, Assistant US attorney,
                                      as authorized by John Vincent,
                                      Chief, Criminal Division

DATED: July 11, 2011                  /s/ Timothy E. Warriner, for the defendant,
                                      Andre Armstrong

1

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that hearing in this matter now scheduled for July 12, 2011 be continued to August 23, 2011 at 9:30 a.m.

DATED: 7/11/2011                /s/ John A. Mendez
                                UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com