Tim Warriner (SB#166128)
Attorney at Law
660 J St., Suite 390
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Andre Armstrong

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>ANDRE ARMSTRONG,<br><br>    Defendant | Case No. 03-cr-00170 JAM<br><br>STIPULATION AND ORDER RE TSR VIOLATION |

This matter is presently scheduled for hearing on August 23, 2011 for an initial appearance concerning a term of supervised release violation. Both parties stipulate and agree that said hearing be advanced to the July 26, 2011 at 9:30 a.m.

DATED: July 19, 2011          /s/ Richard Bender, Assistant US attorney,
                              as authorized by John Vincent,
                              Chief, Criminal Division

DATED: July 19, 2011          /s/ Timothy E. Warriner, for the defendant,
                              Andre Armstrong

PDF created with pdfFactory trial version www.pdffactory.com

<u>ORDER</u>

GOOD CAUSE APPEARING, it is hereby ordered that hearing in this matter now scheduled for August 23, 2011 be advanced to July 26, 2011 at 9:30 a.m.

DATED: 7/20/2011                    /s/ John A. Mendez
                                    UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com